```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05172
   DAMARCUS T ALLEN
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-9254


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.  The case was filed on 03/05/08 and confirmed on 05/21/08.

       2.  The case was dismissed after confirmation, 10/03/2008.

       3.  The Debtor paid a total of $    730.00 .

       4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 15344.40 | .00 | .00 |
| HSBC MORTGAGE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 3160.00 | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1747.48 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10632.21 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3089.31 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1690.89 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MIKUS & MIKUS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT REWARDS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY MEDICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18504.40 | .00 | 17159.89 | .00 | 35664.29 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS, was allowed $ 3500.00 and was paid $ 500.00 direct and $ 687.66 through the plan.

The Trustee received $ 42.34 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE